App. Div.]            Second Department, March, 1928.

ANGELA MARIE ARMINIO, Appellant, v. NICHOLAS J. PESCATORE, as Executor, etc., Respondent. (Action No. 1.) — Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

ANGELA MARIE ARMINIO, Appellant, v. NICHOLAS J. PESCATORE, as Executor, etc., Respondent. (Action No. 2.) — Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

AUSTIN NICHOLS & CO., INC., a Judgment Creditor, Suing in Its Own Behalf and for the Benefit of Other Creditors of PETER PANELLI, Appellant, v. PETER PANELLI and VIRGINIA PANELLI, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Seeger, JJ.

LOUIS AVEZZANO, Respondent, v. MELHAR REALTY CO., INC., Defendant. JAMES W. O'BRIEN & SON, INC., Appellant.— Judgment, and order as resettled, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

BENSONHURST MATERNITY, INC., Appellant, v. EAGLE INDEMNITY COMPANY and Another, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

CHARLES BROPHY, Respondent, v. CHARLES D. KLINCK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

HELEN V. CAREY, Appellant, v. MINOR C. KEITH, INC., and MINOR C. KEITH, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

GRACE W. R. CLARK and Others, Respondents, v. THE GREEN-WOOD CEMETERY, Appellant.— Judgment, as resettled, affirmed, with costs. No opinion. Rich, Kapper and Hagarty, JJ., concur; Lazansky, P. J., and Carswell, J., dissent upon the ground that the issues involved can only be determined after a trial of the facts.

VIOLET DICKINSON, Appellant, v. WALLACE VERNON DICKINSON, Respondent. — Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

11–65 REALTY CO., INC., Respondent, v. H. B. SHOE REPAIRING CORPORATION, Appellant.— Final order of the City Court of the city of White Plains unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

VIOLA HOOPS, Respondent, v. CHARLES HOOPS, JR., Appellant.— Judgment affirmed, with costs. We are of opinion that plaintiff's divorce from her first husband was rendered after jurisdiction both of the defendant in that action and of the subject-matter had been obtained, and that the requirement as to residence at the time of the commission of the offense was but a limitation upon the right to maintain the action and was not an element of the cause of action, and is not the subject of attack by way of counterclaim in the present action. (Rolle v. Rolle, 201 App. Div. 698, 700.) Rich, Kapper and Hagarty, JJ., concur; Lazansky, P. J., and Carswell, J., concur in result and upon the ground that the findings of fact in the divorce action show that the court had jurisdiction,